# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CURTIS LEE SANDERS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 73082<br><br>**FILED**<br><br>JUN 16 2017 |

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.        _____, J.
Parraguirre                               Stiglich

cc:    Hon. William D. Kephart, District Judge
       Curtis Lee Sanders
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

17-20130